IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR 15-131 JFW |
| | ) | |
| Teofil Brank, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 28, 2015 and ending on August 26, 2015.   Attachment 1 consists of a copy of the actual notice as seen on the www.forfeiture.gov website.   Attachment 2 is a copy of the Advertisement Certification Report which documents that the notice was posted on the www.forfeiture.gov website for at least 18 hours a day for the required 30 consecutive days

I declare under penalty of perjury that the foregoing is true and correct.   Executed on August 28, 2015, at Los Angeles, CA.

Ricardo Reyes

Records Examiner

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
## COURT CASE NUMBER: CR 15-131; NOTICE OF FORFEITURE

Notice is hereby given that on July 16, 2015, in the case of U.S. v. Teofil Brank, Court Case Number CR 15-131, the United States District Court for the Central District of California entered an Order condemning and forfeiting the following property to the United States of America:

$445,762.50 in total funds (15-FBI-002564) from two Wells Fargo Bank Account Numbers: $395,762.50 in Wells Fargo Bank Account #XXXXXX6764 and $50,000.00 in Wells Fargo Bank Account #XXXXXX2536 both held in the name of Teofil Brank, aka Toefil Brank, which was seized on March 6, 2015 at Wells Fargo Bank, 10920 Wilshire Boulevard, located in Los Angeles, CA

$1,233.10 in funds from Wells Fargo Bank Account #XXXXXX3197 (15-FBI-002565) which was seized from Teofil Brank on March 6, 2015 at Wells Fargo Bank, 10920 Wilshire Boulevard, located in Los Angeles, CA

The custodian of the property is the U.S. Marshals Service at 255 East Temple Street, Suite 2001, Los Angeles, California 90012.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (July 28, 2015) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 255 E. Temple St., Rm 178, Los Angeles, CA 90012, and a copy served upon Assistant United States Attorney Jennifer Resnik, 312 N. Spring St., 14th Floor, Los Angeles, CA 90012. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between July 28, 2015 and August 26, 2015. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Teofil Brank

**Court Case No:** CR 15-131
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 07/28/2015 | 24.0 | Verified |
| 2 | 07/29/2015 | 24.0 | Verified |
| 3 | 07/30/2015 | 23.8 | Verified |
| 4 | 07/31/2015 | 24.0 | Verified |
| 5 | 08/01/2015 | 24.0 | Verified |
| 6 | 08/02/2015 | 24.0 | Verified |
| 7 | 08/03/2015 | 24.0 | Verified |
| 8 | 08/04/2015 | 24.0 | Verified |
| 9 | 08/05/2015 | 24.0 | Verified |
| 10 | 08/06/2015 | 24.0 | Verified |
| 11 | 08/07/2015 | 24.0 | Verified |
| 12 | 08/08/2015 | 24.0 | Verified |
| 13 | 08/09/2015 | 24.0 | Verified |
| 14 | 08/10/2015 | 24.0 | Verified |
| 15 | 08/11/2015 | 24.0 | Verified |
| 16 | 08/12/2015 | 24.0 | Verified |
| 17 | 08/13/2015 | 24.0 | Verified |
| 18 | 08/14/2015 | 24.0 | Verified |
| 19 | 08/15/2015 | 24.0 | Verified |
| 20 | 08/16/2015 | 24.0 | Verified |
| 21 | 08/17/2015 | 24.0 | Verified |
| 22 | 08/18/2015 | 24.0 | Verified |
| 23 | 08/19/2015 | 24.0 | Verified |
| 24 | 08/20/2015 | 24.0 | Verified |
| 25 | 08/21/2015 | 24.0 | Verified |
| 26 | 08/22/2015 | 24.0 | Verified |
| 27 | 08/23/2015 | 24.0 | Verified |
| 28 | 08/24/2015 | 24.0 | Verified |
| 29 | 08/25/2015 | 24.0 | Verified |
| 30 | 08/26/2015 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.