COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
EVAN C. GREENBERG, No. 271356
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Petitioner
TEOFIL BRANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 15 Cr. 131 JFW |
|---|---|
| Plaintiff, | USCA No. 15-50467 |
| v. | ORDER GRANTING EX PARTE APPLICATION FOR DISCLOSURE OF SEALED MATERIALS TO APPELLATE COUNSEL |
| TEOFIL BRANK, | |
| Defendant. | Before the Honorable John F. Walter United States District Judge |

# **ORDER**

Based upon the foregoing *Ex Parte* Application, and for good cause shown, IT IS ORDERED that the Court grants the *Ex Parte* Application, and the documents listed in this Order are unsealed for the limited purpose of providing them to Defendant/Appellant Teofil Brank's counsel of record—*viz.*, Ethan A. Balogh, as well as any licensed attorneys employed by counsel in connection with the prosecution of Mr. Brank's direct appeal—to be provided to counsel by the Clerk of the Court. The documents appear at the following docket numbers:

| | |
|---|---|
| No. 145: | Order sealing document; |
| No. 169: | Order sealing document; |
| No. 201: | Order granting *ex parte* application to file non-parties' motion to quash trial subpoena and related documents under seal; |
| No. 225: | Order granting *ex parte* application to file notice of lodging of Nardello & Co., LLC under seal; |
| No. 228: | Order granting *ex parte* application to file notice of appearance under seal Rule 17(c) subpoena; and |
| No. 252: | Order allowing the disclosure of grand jury testimony. |

IT IS FURTHER ORDERED that the foregoing materials are unsealed only for the limited purpose of providing them to Appellant's counsel, to be reviewed on an Attorneys' Eyes Only ("AEO") basis, and solely for counsel's use in preparing the above-captioned appeal, and that these materials remain sealed for all other purposes, including from the public, and that any submission of these materials to the Court of Appeals must be made under seal.

IT IS SO ORDERED.

DATED: April 18, 2016

THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE