HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
Seema Ahmad (Bar No. 270992)
(E-Mail: Seema_Ahmad@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
TEOFIL BRANK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 15-00131-JFW |
|---|---|
| Plaintiff, | **RESPONSE TO DEFENDANT TEOFIL BRANK'S PRO SE MOTION TO COMPEL COUNSEL TO RELEASE FILES AND RECORD** |
| v. | |
| TEOFIL BRANK, | |
| Defendant. | |

Attorney of record, Seema Ahmad, hereby files the attached response to Defendant Teofil Brank's Pro Se Motion to Compel Counsel to release files and record filed on September 8, 2017.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: September 21, 2017    By  */s/ Seema Ahmad*
SEEMA AHMAD
Deputy Federal Public Defender

## **RESPONSE**

On September 8, 2017 defendant Teofil Brank filed a *pro se* motion seeking an Order from this Court directing defense counsel to provide him with "all discovery, Brady material, transcripts of proceedings, and plea agreements filed…" Pro Se Motion, Dkt. No. 401.

In response to that motion, defense counsel will send Mr. Brank all non-protected discovery as well as his entire case file within seven days of the filing of this response. As the Court is aware, protective orders have been entered into in this case that prevent Mr. Brank from having custody of certain discovery. *See* Orders at Dkt. Nos. 40, 41, 171, 291.

Defense counsel also notes that Mr. Brank is currently represented by appellate counsel and a direct appeal is pending. Undersigned defense counsel has previously provided Mr. Brank's case file and all discovery to appellate counsel.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: September 21, 2017    By  */s/ Seema Ahmad*
SEEMA AHMAD
Deputy Federal Public Defender

2

**PROOF OF SERVICE**

I, Maribel Bran, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **RESPONSE TO DEFENDANT TEOFIL BRANK'S PRO SE MOTION TO COMPEL COUNSEL TO RELEASE FILES AND RECORD** on the following individual(s) by:

| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [X] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [ ] Faxing same via facsimile machine addressed as follows: |
|---|---|---|---|

Teofil Brank
FCI Victorville Medium I
P.O. Box 3725
Adelanto, CA 92301

This proof of service is executed at Los Angeles, California, on September 21, 2017.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Maribel Bran*
_____
**MARIBEL BRAN**